# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                            CASE NO. 6:23-cr-10030-EFM

**ERIC HONORS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Transportation With Intent To Engage
In Criminal Sexual Activity
[18 U.S.C. § 2423(a)]**

On or about February 15, 2023, in the District of Kansas and elsewhere, the defendant,

**ERIC HONORS,**

did knowingly transport an individual, Minor Victim (born in 2006), whose identity is known to the Grand Jury, who had not attained the age of eighteen years, in interstate commerce with the intent that the Minor Victim engage in sexual activity for which a person could be charged with a criminal offense, including violations Tex. Penal Code

1

Ann. § 22.011(a)(2), specifically subsections (a)(2)(A), (a)(2)(B), (a)(2)(D), and (a)(2)(E).

In violation of Title 18, United States Code, Section 2423(a).

## COUNT 2

### Sexual Exploitation of a Child – Production of Child Pornography
### [18 U.S.C. § 2251(a)]

On or about February 15, 2023, in the District of Kansas, the defendant,

**ERIC HONORS,**

knowingly used, persuaded, induced, enticed, and coerced Minor Victim, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce by any means; and that the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and 2) if such visual depiction has actually been transported or transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

# FORFEITURE NOTICE

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2428 and 2253.

2. Upon conviction of the offense set forth in Count 1 of the Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses. The property to be forfeited includes, but is not limited to, the following:

> A. Apple iPhone 13 Pro Max (A2484), Model MLKV3LL/A, Serial #F9T7YYVT36.

3. Upon conviction of the offense set forth in Count 2 of the Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

> A. Apple iPhone 13 Pro Max (A2484), Model MLKV3LL/A, Serial #F9T7YYVT36.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL.

March 21, 2023                                    s/Foreperson
DATE                                              FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Count 1 – Transportation with Intent to Engage in Criminal Sexual Activity**

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  18 U.S.C. § 2423(a).

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. § 3014(a)(4).

**Count 2 – Production of Child Pornography**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years.  18 U.S.C. § 2251(e).

- If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years.

- If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life. 18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. § 3014(a)(3).

- An additional assessment of not more than $50,000.00.  18 U.S.C. § 2259A(a)(3).