# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ERIC HONORS, *Defendant*. | Case No. 23-cr-10030-EFM |

## MEMORANDUM AND ORDER

Pursuant to its ancillary jurisdiction, and in conjunction with Defendant's sentence, the Court orders that Defendant have no contact with the Minor Victim in this case or the Minor Victim's family while Defendant remains incarcerated.[1]

**IT IS SO ORDERED.**

Dated this 12th day of August, 2024.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See United States v. Grigsby*, 854 F. App'x 249, 253–54 (10th Cir. 2021) (stating with approval that the district court a "standalone no-contact order was entered as a matter of the district court's ancillary civil jurisdiction")